STEPHEN C. RUGLAND, Administrator, *vs.* TOLLIF ANDERSON and another.

May 4, 1883.

**Limitations—Action for Injury causing Death.**—An action under Gen. St. 1878, *c.* 77, § 2, for an injury causing death, must be commenced within two years after the act or omission by which the death was caused.

Action for damages brought in the district court for Freeborn county, for the death of plaintiff's intestate. The defendants having moved for judgment on the pleadings, it was stipulated that the death of plaintiff's intestate was caused by defendants' wrongful acts and omissions, under such circumstances as to give plaintiff, as administrator, a right of action under Gen. St. 1878, *c.* 77, § 2; that the injuries were inflicted August 5, 1880, and that death ensued on that day; that plaintiff was appointed administrator September 18, 1880, and that this action was begun August 30, 1882. The motion was denied by *Farmer*, J., and defendants appealed.

*Palmer & McAdam*, for appellants.

*Lovely & Morgan*, for respondent, argued that the period between the death of the intestate and the appointment of the administrator should be excluded from the computation of the two years limitation, citing Gen. St. 1878, *c.* 66, § 19.

*By the Court.* The right to maintain an action of this kind being created by Gen. St. 1878, *c.* 77, § 2, is such as that section gives and no other. *Nash* v. *Tousley*, 28 Minn. 5. It is, therefore, subject to the limitation which that section prescribes, viz.: that it must "be commenced within two years after the act or omission by which the death was caused." To this limitation the statute makes no exception, and none can be made by construction.

Let judgment be entered in the district court for defendants.